# Exhibit 1

**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888
FACSIMILE
302-654-2067

October 10, 2024

<u>VIA ELECTRONIC MAIL AND US FIRST CLASS MAIL</u>

Joshua Jordan
3223 Twin Church Road
Timmonsville, SC  29161

<u>VIA US FIRST CLASS MAIL</u>
Fourletter, LLC
Attn:  Joshua Jordan
3223 Twin Church Road
Timmonsville, SC  29161

> **RE:** **In re: Prehired, LLC, *et al.***
> **(Case No. 22-11007 (JTD)) (Jointly Administered)**
>
> **Withdrawals from Wells Fargo Business Checking Accounts**

Dear Mr. Jordan:

As you may know, this firm represents Don A. Beskrone (the "Trustee"), in his capacity as chapter 7 trustee of Prehired, LLC, Prehired Accelerator, LLC and Prehired Recruiting, LLC (collectively, the "Debtors") and their estates.  The purpose of this letter is to demand the immediate turnover of monies the Trustee understands were withdrawn from Wells Fargo in 2023.

By way of background, recall that on September 27, 2022, the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  Those cases were later transferred to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and converted to cases under chapter 7 of the Bankruptcy Code.  All of this is (or should be) well known to you as you authorized the bankruptcy filings and signed

{02058597;v1 }

each petition on behalf of the Debtors, and likewise signed the schedules and statement of financial affairs for each Debtor.

Despite knowing that the Debtors were (and currently are) in bankruptcy, the Trustee understands that an entity named Fourletter, LLC – an entity the Trustee believes is owned and/or managed by you[1] -- withdrew, in December 2023, a total of $74,000.00 from two Wells Fargo accounts held by debtor Prehired Accelerator, LLC and debtor Prehired Recruiting, LLC. Those transactions[2] are as follows:

| Debtor | Account No. | Date of Withdrawal(s) | Amount of Withdrawal(s) |
|---|---|---|---|
| Prehired Accelerator, LLC | xxxxxx-4073 | December 8, 2023 | $25,000.00 |
| Prehired Recruiting, LLC | xxxxxx-8096 | December 11, 2023 | $25,000.00 |
| Prehired Accelerator, LLC | xxxxxx-4073 | December 12, 2023 | $24,000.00 |

Those withdrawals (collectively, the "Withdrawals") were never authorized – by either the Trustee or the Bankruptcy Court – and were undertaken in knowing violation of the automatic stay under 11 U.S.C. § 362.

The Trustee thus demands that you and/or Fourletter, LLC immediately turnover and remit to the Trustee $79,000.00 on account of the improper and unlawful Withdrawals. The Trustee reserves all rights and remedies, including seeking sanctions under Sections 105 and 362 of the Bankruptcy Code for this blatant, knowing and intentional disregard of the automatic stay and conversion (if not theft) of estate property. *In re Scungio Borst & Assoc.*, 652 B.R. 644, 652 (Bankr. E.D. Pa. 2023) ("Section 362(k)(1) of the Bankruptcy Code provides that 'an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages.'").

---

[1] According to information gleaned from the South Carolina Secretary of State, Fourletter, LLC is a South Carolina limited liability company for whom Joshua Jordan serves as registered agent. See Exhibit A hereto. Moreover, the address of Fourletter's registered agent – 3223 Twin Church Rd., Timmonsville, SC – is the same address used by the Debtors for the relevant Wells Fargo accounts referenced herein.

[2] Copies of the relevant bank statements are attached hereto as Exhibit B.

Joshua Jordan
Fourletter, LLC
October 10, 2024
Page 3


      Should you have any questions regarding this matter, please contact me. Otherwise, the Trustee expects prompt payment.

                          Sincerely,

                          *Ricardo Palacio*

                          Ricardo Palacio

CC:   Don A. Beskrone, Trustee
Encl.

# FOURLETTER, LLC

## Corporate Information

**Entity Id:** 00522325

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Important Dates

**Effective Date:** 03/20/2015

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** JOSHUA JORDAN

**Address:** 3223 Twin Church Rd
Timmonsville, South Carolina  29161

**Official Documents On File**

| Filing Type | Filing Date |
|---|---|
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 03/18/2024 |
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 12/06/2023 |
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 09/03/2021 |
| Notice of Change of Designated Office, Agent or Address of Registered Agent | 01/23/2017 |
| Organization | 03/20/2015 |

**Exhibit A**

# Navigate Business Checking<sup>SM</sup>



PREHIRED ACCELERATOR LLC
3223 TWIN CHURCH RD
TIMMONSVILLE SC 29161-9221

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

### Tips on wiring money

Wiring money is just like sending cash. Help protect yourself by knowing how to spot the signs of a scam. Red flags include pressure to send right away, investments that promise high returns, unexpected requests from impersonators posing as well-known organizations, and last-minute changes to established wire instructions. Consider consulting a banker before you wire money.

Learn more at wellsfargo.com/stopwirescams

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $49,413.95 |
| Deposits/Credits | 0.12 |
| Withdrawals/Debits | - 49,000.00 |
| Ending balance on 12/31 | $414.07 |

Account number:  3870624073

PREHIRED ACCELERATOR LLC

*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 053207766

For Wire Transfers use
Routing Number (RTN): 121000248

**Exhibit B**



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.12 |
| Average collected balance | $14,575.24 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.12 |
| Interest paid this year | $20.18 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/8 | | WT Fed#07104 Coastal Community /Ftr/Bnf=Fourletter LLC Srf# Ow00003920490659 Trn#231208070487 Rfb# Ow00003920490659 | | 25,000.00 | 24,413.95 |
| 12/12 | | WT Fed#07429 Coastal Community /Ftr/Bnf=Fourletter LLC Srf# Ow00003932232113 Trn#231212073829 Rfb# Ow00003932232113 | | 24,000.00 | 413.95 |
| 12/29 | | Interest Payment | 0.12 | | 414.07 |
| Ending balance on 12/31 | | | | | 414.07 |
| **Totals** | | | **$0.12** | **$49,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2023 - 12/31/2023 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $10,000.00 | $413.95 | ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $16,092.52 | ☑ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | | |
|   - Average ledger balance in your Business Time Account | | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wx/wx



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 **IMPORTANT ACCOUNT INFORMATION**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Tax Season Reminder: Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year. For example, if you have interest in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.

For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your     $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Navigate Business Checking℠



PREHIRED RECRUITING LLC
3223 TWIN CHURCH RD
TIMMONSVILLE SC 29161-9221

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

### Tips on wiring money

Wiring money is just like sending cash. Help protect yourself by knowing how to spot the signs of a scam. Red flags include pressure to send right away, investments that promise high returns, unexpected requests from impersonators posing as well-known organizations, and last-minute changes to established wire instructions. Consider consulting a banker before you wire money.

Learn more at wellsfargo.com/stopwirescams



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $29,528.25 |
| Deposits/Credits | 0.11 |
| Withdrawals/Debits | - 25,000.00 |
| Ending balance on 12/31 | $4,528.36 |

Account number: 3870588096
PREHIRED RECRUITING LLC
*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 053207766

For Wire Transfers use
Routing Number (RTN): 121000248



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.11 |
| Average collected balance | $12,592.76 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.11 |
| Interest paid this year | $12.55 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/11 | | WT Fed#03146 Coastal Community /Ftr/Bnf=Fourletter LLC Srf# Ow00003927417961 Trn#231211033916 Rfb# Ow00003927417961 | | 25,000.00 | 4,528.25 |
| 12/29 | | Interest Payment | 0.11 | | 4,528.36 |
| Ending balance on 12/31 | | | | | 4,528.36 |
| Totals | | | $0.11 | $25,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2023 - 12/31/2023 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $10,000.00 | $4,528.25 ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $13,456.82 ☐ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Tax Season Reminder: Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year. For example, if you have interest in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.

For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                      $ _____
   your account which are not                      $ _____
   shown on your statement.                       + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801