# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PREHIRED, LLC, *et al*, | Case No. 22-11007 (JTD) |
| Debtors[1]. | (Jointly Administered) |
| JOSHUA JORDAN, Plaintiff, | |
| v. | |
| DON A. BESKRONE, solely in his capacity as Chapter 7 Trustee, | |
| Defendant/Counterclaim-Plaintiff and Third Party Complaint Plaintiff. | Adv. Proc. No.: 24-50178 (JTD) |
| v. | |
| JOSHUA JORDAN, Counterclaim Defendant, | |
| and | |
| FOURLETTER, LLC, Third-Party Defendant. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 3, 2024 AT 11:00 A.M. (ET)
### BEFORE THE HONORABLE JOHN T. DORSEY

**THIS HEARING HAS BEEN ADJOURNED,
AS NO MATTERS ARE GOING FORWARD.**

## ADJOURNED MATTERS

---

[1] The Debtors in the above-captioned chapter 7 cases, along with the last four digits of each Debtors' federal tax identification number and each Debtors' former business address, are Prehired Recruiting, LLC (4322), 8 The Green, Suite B, Dover, DE 19901; Prehired Accelerator, LLC (7910), 7910 4th St. N, St. Petersburg, FL, 33702; and Prehired, LLC (0436), 8 The Green, Suite B, Dover, DE 19901.

{02070536;v1 }

1. Joshua Jordan v. Don A. Beskrone, solely in his capacity as Chapter 7 Trustee v. Joshua Jordan and FourLetter, LLC [Adv. D.I. 1; 10/23/2024]

   **Related Pleadings:**

   A. Summons and Notice of Pretrial Conference [Adv. D.I. 2; 10/29/2024]

   B. Answer to Complaint, Counterclaim by Don A Beskrone against Joshua Jordan, Third-Party Complaint by Don A Beskrone against FourLetter, LLC [Adv. D.I. 3; 11/19/2024]

   C. Summons and Notice of Pretrial Conference Served on 3rd Pty Defendant FourLetter, LLC [Adv. D.I. 4; 11/19/2024]

   **Status:** This matter has been adjourned pending a date to be provided by the Court.

Dated: November 22, 2024

**ASHBY & GEDDES, P.A.**

 */s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email(s) RPalacio@ashbygeddes.com

*Counsel for Don A. Beskrone,
Chapter 7 Trustee*