# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



**THOMAS M. HORAN**
JUDGE

**824 N. MARKET STREET**
WILMINGTON, DELAWARE
(302) 252-2888

June 5, 2025

**VIA CM/ECF**

Mr. Joshua Jordan
3323 Twin Church Rd.
Timmonsville, SC 29161

    Re:    <u>Jordan v. Beskrone, et al., Adv. Pro. No. 24-50178 (TMH)</u>

Dear Mr. Jordan:

    This Court has under advisement the Motion of Don A. Beskrone, Solely In His Capacity as Chapter 7 Trustee, to Dismiss Second Amended Complaint [D.I. 62]. In connection with the Court's consideration of the Motion to Dismiss, the Court is reviewing all documents filed by the parties in connection with the Motion to Dismiss. That includes your Second Amended Complaint [D.I. 57].

    At paragraph 140 of the Second Amended Complaint, you allege the following:

> The relying party would be materially harmed if the representing party were permitted to assert a position inconsistent with its earlier representation. <u>In re Teleflex</u>, 326 F.3d 714, 725 (3d Cir. 2003).

I refer to this opinion as <u>Teleflex</u>.

    At paragraph 156 of the Second Amended Complaint, you allege:

> The Delaware Bankruptcy Court measures trustee conduct against an objective standard of care. <u>In re United Healthcare System, Inc.</u>, 321 B.R. 160, 169 (Bankr. D. Del. 2005).

I refer to this opinion as United Healthcare.

The Court has been unable to locate either the Teleflex or United Healthcare opinion. The citation for In re Teleflex returns a case captioned Pouillon v. Little, 326 F.3d 713 (6th Cir. 2003). The citation for In re United Healthcare System, Inc. returns Barron & Budd, P.C. v. Unsecured Asbestos Claimants Comm., 321 B.R. 147 (D.N.J. 2005).

By no later than June 12, 2025, please file on the docket of this adversary proceeding a notice of filing of authority, attaching copies of the Teleflex and United Healthcare opinions. Please also identify the publication, database, or other source of these opinions, explain how you located these opinions, and explain the steps you took to ensure that the citations were accurate before filing the Second Amended Complaint.

Sincerely,

*Thomas M. Horan*

_____
Thomas M. Horan
United States Bankruptcy Judge

cc:   F. Troupe Mickler, IV
      Ricardo Palacio
      Don A. Beskrone